## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

### No. 99-30673
### Summary Calendar

_____

In the Matter of:   JOSEPH CELANO; ANN MARIE CELANO,

Debtors.

JOSEPH CELANO; ANN MARIE CELANO,

Appellants,

versus

CYNTHIA LEE TRAINA,

Appellee.

_____

### Appeal from the United States District Court
### for the Eastern District of Louisiana
### (99-CV-1061-R)

_____
### May 16, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

The notice of appeal for this case was filed in June 1999, with Appellants' brief filed that August.  That September, however, on motion by Appellants, this case was remanded to the district court for consideration of Appellants' motion for relief under FED. R. CIV. P. 60(b).  In February 2000, the district court granted such relief and remanded the case to the bankruptcy court for findings and conclusions on whether Appellants' investment plans are annuity contracts under recently revised Louisiana law. Accordingly, this

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal is

DISMISSED.